# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>J. RAYMOND ELLIOTT, JAMES R. TOBIN, SAMUEL R. LENO, JOHN E. ABELE, KATHERINE T. BARTLETT, NELDA J. CONNORS, MARYE ANNE FOX, RAY J. GROVES, ERNEST MARIO, PETE M. NICHOLAS, N.J. NICHOLAS, JR., UWE E. REINHARDT and JOHN E. SUNUNU,<br><br>    Defendants,<br><br>  -- and --<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation<br><br>    Nominal Party. | Civil Action No.  1:10-cv-00699-SLR |

## STIPULATION AND ORDER

  WHEREAS, the above-named Plaintiff filed a Complaint in this action against the above-named Defendants on August 19, 2010; and

  WHEREAS, after the filing of the Complaint, and before Defendants' undersigned counsel was retained, the parties began discussing scheduling and the possibility that Plaintiffs might choose to file an Amended Complaint; and

WHEREAS, during that time the parties agreed that the Defendants would not need to respond to the Complaint until a schedule for doing so was agreed upon; and

WHEREAS, the parties are currently working to establish a briefing schedule regarding the possible filing of an amended complaint, and a briefing schedule on Defendants' anticipated motion to dismiss either the Complaint or an amended complaint;

WHEREAS, the parties agree that responding to the Complaint should be deferred in light of the foregoing;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that

1. The parties shall submit a joint [proposed] scheduling order no later than October 25, 2010, regarding the filing of an amended complaint, if any, and/or a briefing schedule on a motion to dismiss by Defendants; and

2. The time within which the Defendants shall respond to the Complaint is extended to and including November 22, 2010, or such later date as the parties may agree upon, with the Court's approval, in the joint [proposed] scheduling order; and

3. Nothing in this Stipulation or the parties' agreements to date shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have.

ME1 10624561v.1

-3-

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MCCARTER & ENGLISH, LLP |
|---|---|

By: */s/Sean M. Brennecke*
    Joel Friedlander, Esq. (# 3163)
    Sean M. Brennecke, Esq. (# 4686)
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801
    Tel: 302/573-3502
    Fax: 302-573-3501

ROBBINS GELLER RUDMAN & DOWD LLP

Darren J. Robbins, Esq.
Travis E. Downs III, Esq.
Benny C. Goodman III, Esq.
Brian O'Mara, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

ROBBINS UMEDA LLP
Marc M. Umeda, Esq.
Kevin A. Seely, Esq.
Julia M. Williams, Esq.
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619-525-3990
Fax: 619-525-3991

    *Attorney for Plaintiffs*

By: */s/ Daniel M. Silver*
    Michael P. Kelly, Esq. (#2295)
    Daniel M. Silver, Esq. (#4758)
    Renaissance Centre
    405 N. King Street 8th Floor
    Wilmington, DE 19801
    Tel: 302-984-6300
    Fax: 302-984-6399
    mkelly@mccarter.com
    dsilver@mccarter.com

    Robert J. Kaler, Esq.
    Edward W. Little, Jr., Esq.
    David Himelfarb, Esq.
    McCarter & English LLP
    265 Franklin Street
    Boston, MA 02110
    Te. 617-449-6507
    rkaler@mccarter.com
    elittle@mccarter.com
    dhimelfarb@mccarter.com

    *Attorneys for Defendants*

Dated: September 22, 2010

    IT IS SO ORDERED this _____ day of _____, 2010.

    _____
    THE HONORABLE SUE L. ROBINSON
    UNITED STATES DISTRICT JUDGE

ME1 10624561v.1