UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J. RAYMOND ELLIOTT, JAMES R. TOBIN, SAMUEL R. LENO, JOHN E. ABELE, KATHERINE T. BARTLETT, NELDA J. CONNORS, MARYE ANNE FOX, RAY J. GROVES, ERNEST MARIO, PETE M. NICHOLAS, N.J. NICHOLAS, JR., UWE E. REINHARDT and JOHN E. SUNUNU,<br><br>Defendants,<br><br>-- and --<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation<br><br>Nominal Party. | Civil Action No. 1:10-cv-00699-SLR |

## STIPULATION AND ORDER

WHEREAS, the above-named Plaintiff filed a Complaint in this action against the above-named Defendants on August 19, 2010; and

WHEREAS, pursuant to a Stipulation and Order, Ordered by the Court on September 23, 2010, the Court directed the parties to advise the Court no later than October 25, 2010 as to whether Plaintiff intends to file an Amended Complaint, the timeline for filing an Amended Complaint, and the proposed briefing schedule for any motion filed in response to the Amended Complaint;

WHEREAS, the parties have conferred and determined that Plaintiff intends to file an Amended Complaint, as well as agreed upon a schedule for the filing of the Amended Complaint and Defendants' response thereto;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that

1. The Plaintiff shall file an Amended Complaint no later than December 6, 2010;

2. The Defendants shall Answer, move or otherwise respond to the Amended Complaint by January 27, 2011;

3. The Plaintiff shall file an opposition to Defendants' motion(s), if any, by March 14, 2011;

4. The Defendants shall file their reply in support of any motion(s) by April 13, 2011.

5. Nothing in this Stipulation or the parties' agreements to date shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MCCARTER & ENGLISH, LLP |
|---|---|
| By: */s/Sean M. Brennecke*<br>Joel Friedlander, Esq. (# 3163)<br>Sean M. Brennecke, Esq. (# 4686)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Tel: 302/573-3502<br>Fax: 302-573-3501 | By: */s/ Daniel M. Silver*<br>Michael P. Kelly, Esq. (#2295)<br>Daniel M. Silver, Esq. (#4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: 302-984-6300<br>Fax: 302-984-6399<br>mkelly@mccarter.com<br>dsilver@mccarter.com |
| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>Darren J. Robbins, Esq.<br>Travis E. Downs III, Esq.<br>Benny C. Goodman III, Esq.<br>Brian O'Mara, Esq.<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 | Robert J. Kaler, Esq.<br>Edward W. Little, Jr., Esq.<br>David Himelfarb, Esq.<br>McCarter & English LLP<br>265 Franklin Street<br>Boston, MA 02110<br>Te. 617-449-6507<br>rkaler@mccarter.com<br>elittle@mccarter.com<br>dhimelfarb@mccarter.com |
| ROBBINS UMEDA LLP<br>Marc M. Umeda, Esq.<br>Kevin A. Seely, Esq.<br>Julia M. Williams, Esq.<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-525-3990<br>Fax: 619-525-3991 | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

Dated: October 25, 2010

  IT IS SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE