**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J. RAYMOND ELLIOTT, JAMES R. TOBIN, SAMUEL R. LENO, JOHN E. ABELE, KATHERINE T. BARTLETT, NELDA J. CONNORS, MARYE ANNE FOX, RAY J. GROVES, ERNEST MARIO, PETE M. NICHOLAS, N.J. NICHOLAS, JR., UWE E. REINHARDT and JOHN E. SUNUNU,<br><br>Defendants,<br><br>-- and --<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation<br><br>Nominal Party. | Civil Action No. 1:10-cv-00699-SLR |

**STIPULATION AND ORDER**

WHEREAS, the Court SO ORDERED a Stipulation and Order [D.I. # 24] on October 27, 2010, which provides *inter alia*, that Plaintiff shall file its Amended Complaint by December 6, 2010, and Defendants shall respond to the Amended Complaint by January 27, 2011;

WHEREAS, Plaintiff filed a *Verified Amended Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, Unjust Enrichment and Gross Mismanagement* [D.I. # 27], which is in excess of sixty (60) pages in length;

WHEREAS, the issues presented in this shareholder derivative action are complex;

WHEREAS, Defendants intend, at present, to respond to the Complaint with a dispositive Motion, and anticipate requiring more than twenty (20) pages for their Opening Brief (as contemplated by the Local Rules of this Court);

WHEREAS, Plaintiff will likely require more than twenty (20) pages for its Opposition, if any, to Defendants' Motion;

WHEREAS, Defendants will likely require more than ten (10) pages for their Reply in support of their Motion, if any;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that

1. The Defendants shall be permitted to file an Opening Brief in support of their dispositive Motion of up to 35 pages in length;

2. The Plaintiff shall be permitted to file an Opposition to Defendants' Motion of up to 35 pages in length; and

3. The Defendants shal be permitted to file a Reply in support of their Motion of up to 20 pages in length.

4. Nothing in this Stipulation or the parties' agreements to date shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have.

BOUCHARD MARGULES &
FRIEDLANDER, P.A.

By: /s/Sean M. Brennecke
Joel Friedlander, Esq. (# 3163)
Sean M. Brennecke, Esq. (# 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: 302-573-3502
Fax: 302-573-3501

ROBBINS GELLER RUDMAN
& DOWD LLP

Darren J. Robbins, Esq.
Travis E. Downs III, Esq.
Benny C. Goodman III, Esq.
Brian O. O'Mara, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058

ROBBINS UMEDA LLP
Marc M. Umeda, Esq.
Kevin A. Seely, Esq.
Julia M. Williams, Esq.
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619-525-3990
Fax: 619-525-3991

*Attorney for Plaintiffs*

MCCARTER & ENGLISH, LLP

By: /s/ Daniel M. Silver
Michael P. Kelly, Esq. (#2295)
Daniel M. Silver, Esq. (#4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: 302-984-6300
Fax: 302-984-6399
mkelly@mccarter.com
dsilver@mccarter.com

Robert J. Kaler, Esq.
Edward W. Little, Jr., Esq.
David Himelfarb, Esq.
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Te. 617-449-6507
rkaler@mccarter.com
elittle@mccarter.com
dhimelfarb@mccarter.com

*Attorneys for Defendants*

Dated: January 14, 2011

IT IS SO ORDERED this ______ day of ______________, 2011.

______________________________
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE