IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IRON WORKERS DISTRICT COUNCIL )
SOUTHERN OHIO & VICINITY )
PENSION TRUST, )
)
Plaintiff, )
)
v. ) Civ. No. 10-699-SLR
)
J. RAYMOND ELLIOTT, et al., )
)
Defendants, )
)
and )
)
BOSTON SCIENTIFIC CORPORATION,)
)
Nominal Defendant. )

**ORDER**

At Wilmington this 24th day of January, 2011,

IT IS ORDERED that a telephone conference shall be held on **Wednesday, January 26, 2011, at 3:00 p.m.** Counsel for defendants shall coordinate and initiate this call.

United States District Judge