IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>J. RAYMOND ELLIOTT, et al.,<br><br>Defendants,<br><br>– and –<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation,<br><br>Nominal Party. | Civil Action No. 1:10-cv-00699-SLR |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent plaintiff Iron Workers District Council, Southern Ohio & Vicinity Pension Trust in this matter:

> Travis E. Downs, III
> Benny C. Goodman, III
> Brian O. O'Mara
> ROBBINS GELLER RUDMAN
> & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> (619) 231-1058

{BMF-W0232626.}

BOUCHARD MARGULES &
FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
Joel Friedlander (Bar No. 3163)
Sean M. Brennecke (Bar No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302)573-3500
(302)573-3501 (fax)
jfriedlander@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Plaintiff*

\* \* \*

## ORDER

IT IS HEREBY ORDERED this ____ day of _____, 2011, that counsel's motion for admission *pro hac vice* is granted.

DATED: _____    _____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 1/25/11

Travis E. Downs, III
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 1/25/11

Benny C. Goodman, III
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and Nevada and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 1/26/11

Brian O. O'Mara
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058