## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J. RAYMOND ELLIOTT, JAMES R. TOBIN, SAMUEL R. LENO, JOHN E. ABELE, KATHERINE T. BARTLETT, NELDA J. CONNORS, MARYE ANNE FOX, RAY J. GROVES, ERNEST MARIO, PETE M. NICHOLAS, N.J. NICHOLAS, JR., UWE E. REINHARDT and JOHN E. SUNUNU,<br><br>Defendants,<br><br>-- and --<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation<br><br>Nominal Party. | Civil Action No. 1:10-cv-00699-SLR |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4., nominal party Boston Scientific Corporation and defendants J. Raymond Elliott, James R. Tobin, Sam R. Leno, John E. Abele, Katherine T. Bartlett, Nelda J. Connors, Marye Anne Fox, Ray J. Groves, Ernest Mario, Pete M. Nicholas, N. J. Nicholas, Jr., Uwe E. Reinhardt, and John E. Sununu (collectively, the "Defendants"), by and through their counsel, respectfully request oral argument on Defendants' Motion to Dismiss (D.I. # 32).

ME1 11501740v.1

                                          MCCARTER & ENGLISH, LLP

By: */s/ Daniel M. Silver*
Michael P. Kelly, Esq. (#2295)
Daniel M. Silver, Esq. (#4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: 302-984-6300
Fax: 302-984-6399
mkelly@mccarter.com
dsilver@mccarter.com

Robert J. Kaler, Esq.
Edward W. Little, Jr., Esq.
David Himelfarb, Esq.
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Te. 617-449-6507
rkaler@mccarter.com
elittle@mccarter.com
dhimelfarb@mccarter.com

*Attorneys for Defendants*

Dated: April 15, 2011