# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, Derivatively on Behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>J. RAYMOND ELLIOTT, et al.,<br><br>                Defendants,<br><br>– and –<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation,<br><br>                Nominal Party. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:10-cv-00699-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S APPLICATION FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, briefing on Defendants' Motion to Dismiss (the "Motion") (D.I. 32) is complete.

On January 27, 2011, Defendants filed and served the Motion and attendant papers in support thereof. (D.I. 32, 33, 34, 35)

On March 14, 2011, Plaintiff filed its Opposition to Defendants' Memorandum of Law in Support of Motion to Dismiss. (D.I. 37)

On April 13, 2011, Defendants filed a Reply Memorandum in Support of Motion to Dismiss. (D.I. 38)

{BMF-W0246947.}

All briefing relating to the Motion has been completed. Pursuant to D. Del. LR 7.1.4, Plaintiff respectfully requests that oral argument be held on the Motion at the convenience of the Court.

DATED:  April 15, 2011

        BOUCHARD MARGULES &
          FRIEDLANDER, P.A.

        /s/ Sean M. Brennecke
        Joel Friedlander (Bar No. 3163)
        Sean M. Brennecke (Bar No. 4686)
        222 Delaware Avenue, Suite 1400
        Wilmington, DE  19801
        Telephone:  302/573-3502
        302/573-3501 (fax)

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        Travis E. Downs III
        Benny C. Goodman III
        Brian O. O'Mara
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        Aelish M. Baig
        Post Montgomery Center
        One Montgomery Street, Suite 1800
        San Francisco, CA  94104
        Telephone:  415/288-4545
        415/288-4534 (fax)

        ROBBINS UMEDA LLP
        Marc M. Umeda
        Kevin A. Seely
        Jullia M. Williams
        600 B Street, Suite 1900
        San Diego, CA  92101
        Telephone:  619/525-3990
        619/525-3991 (fax)

        Attorneys for Plaintiff