IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL, SOUTHERN OHIO & VICINITY PENSION TRUST, derivatively on behalf of BOSTON SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J. RAYMOND ELLIOTT, et al.,<br><br>Defendants,<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Nominal Party. | Civ. No. 10-699-SLR |

## ORDER

At Wilmington this 14th day of June, 2012, having conferred with counsel, and consistent with said conferences (D.I. 54, 55);

IT IS ORDERED that the above captioned action is dismissed with prejudice.

                                                                              */s/*

United States District Judge